# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

VICTORIA ZWERIN, on behalf of herself
and those similarly situated,

        Plaintiff,

v.

533 SHORT NORTH LLC, et al.,

        Defendants.

Case No. 2:10-cv-488
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court on the parties' Joint Motion for Brief Enlargement of Time to File Dismissal Documents, which is hereby **GRANTED**. (Doc. No. 71.) Based on the parties' report of the settlement of this action, the Court hereby **DENIES WITHOUT PREJUDICE** the following three pending motions: Plaintiffs' Motion for Leave to File an Amended Complaint (Doc. No. 25); Plaintiffs' Motion to Conditionally Certify Collective Action (Doc. No. 26); and, Plaintiffs' Motion to Certify Class (Doc. No. 27). The Clerk is **DIRECTED** to remove all four of these motions from the Court's pending motions list.

        **IT IS SO ORDERED.**

3-21-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE